UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosenthal as Liquidation Trustee<br><br>Plaintiff(s),<br><br>v.<br><br>Halsen Holdings et al<br><br>Defendant(s). | Case No. 5:23-cv-06216-SVK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Date: December 15, 2023

NAME: Paul S. Jasper

/s/ Paul S. Jasper
*Signature*

COUNSEL FOR (OR "PRO SE"):

Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000 Email:
PJasper@perkinscoie.com
AGamliel@perkinscoie.com

Co-Counsel to the WHC Liquidation Trust

1  Paul S. Jasper, Bar No. 200138
   Amir Gamliel, Bar No. 268121
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:  415.344.7000
4  Email:  PJasper@perkinscoie.com
           AGamliel@perkinscoie.com
5
   Andrew H. Sherman (admitted *pro hac vice*)
6  Boris I. Mankovetskiy (admitted *pro hac vice*)
   SILLS CUMMIS & GROSS P.C.
7  One Riverfront Plaza
   Newark, New Jersey 07102
8  Telephone:  973.643.7000
   Email:  ASherman@sillscummis.com
9          BMankovetskiy@sillscummis.com

10
   *Co-Counsel to the WHC Liquidation Trust*
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                            **SAN JOSE DIVISION**
14

| JEREMY ROSENTHAL, as Liquidation Trustee of the WHC LIQUIDATION TRUST, | Case No. 5:23-cv-06216-SVK |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

I am over eighteen years of age, not a party to this action, and employed in the City of Chicago, in Cook County, Illinois, at Perkins Coie LLP, 110 North Wacker Drive, Suite 3400, Chicago, Illinois 60606.

On December 15, 2023, I caused a true and correct copy of the following document(s) to be served on all persons and entities by the means indicated below.

**Docket No. 7 - Plaintiff's Consent to Magistrate Judge Jurisdiction**

*Via email to:*
Marcus Dong
Kaufman Dolowich
425 California Street, Suite 2100
San Francisco, CA 94104
Mdong@kaufmandolowich.com

*Attorney for Defendants*
*Halsen Holdings, LLC, Daniel Brothman,*
*Edith Brothman, Stacy Sean Fowler, and*
*Edmund King*

*Via United States Postal Service first-class mail to:*
South Texas Associates & Resources
c/o 1505 Corporation Paracorp Incorporated
2804 Gateway Oaks Drive
Sacramento, CA 95833

Peninsula Healthcare Management LLC
c/o Universal Registered Agents, Inc.
321 West Winnie Lane, Suite 104
Carson City, NV 89703

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 15, 2023, at Chicago, Illinois.

/s/ Rachel A. Leibowitz
Rachel Leibowitz