**KAUFMAN DOLOWICH, LLP**
Tad A. Devlin (SBN 190366)
Marcus Dong (SBN 251723)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 358-4809
E-mail: tdevlin@kaufmandolowich.com
E-mail: mdong@kaufmandolowich.com

Attorneys for Defendants
Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management, LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| JEREMY ROSENTHAL, as Liquidation Trustee of the WHC LIQUIDATION TRUST, <br><br> Plaintiffs, <br> v. <br> HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT, LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 5:23-cv-06216-PCP <br> Hon. P. Casey Pitts <br> Complaint Filed: December 1, 2023 <br> Trial Date: None <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT PURSUANT TO CIVIL L.R. 6-1(b) and 6-2 |

## ORDER

**GOOD CAUSE APPEARING,** pursuant to stipulation and Civil Local Rules 6-1(b) and 6-2, Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management, LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler and Edmund C. King (collectively "Defendants") shall file their Answer to the Complaint on or before March 11, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2024

_____
Hon. P. Casey Pitts
United States District Court Judge