PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-06216-PCP<br><br>**PLAINTIFF'S STIPULATED ADMINISTRATIVE MOTION FOR CASE MANAGEMENT CONFERENCE BY ZOOM TELECONFERENCE & [PROPOSED] ORDER**<br><br>Date:     June 13, 2024<br>Time:     1:00 p.m.<br>Courtroom: 8<br>Judge:    P. Casey Pitts<br><br>Complaint Filed: December 1, 2023<br>Trial Date: None |

Pursuant to Civil Local Rule 7-11, Plaintiff Jeremy Rosenthal, as Liquidation Trustee of the WHC Liquidation Trust ("Plaintiff"), hereby files this Stipulated Administrative Motion for Case Management Conference by Zoom Teleconference. The parties request that this Court permit Paul S. Jasper, counsel for Plaintiff, and Tad A. Devlin and Marcus M. Dong, counsel for Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King ("Defendants"), to appear remotely at the June 13, 2024 Case Management Conference. The parties make this request to reduce the travel costs associated with attending in person.

Dated: May 8, 2024                            **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*
Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:    415.344.7000

*Counsel to Plaintiff
Jeremy Rosenthal, as Liquidation
Trustee of the WHC Liquidation Trust*

| | | |
|---|---|---|
| 1 | Dated: May 8, 2024 | **KAUFMAN DOLOWICH, LLP** |
| 2 | | |
| 3 | | By: */s/ Tad A. Devlin* |
| 4 | | Tad A. Devlin, Bar No. 190355<br>tdevlin@kaufmandolowich.com |
| 5 | | Marcus M. Dong, Bar No. 251723<br>mdong@kaufmandolowich.com |
| 6 | | 425 California Street, Suite 2100<br>San Francisco, CA 94104 |
| 7 | | Telephone:   415.926.7600 |
| 8 | | *Counsel to Defendants*<br>*Halsen Holdings, LLC, South Texas* |
| 9 | | *Associates & Resources, Peninsula*<br>*Healthcare Management, LLC, Daniel* |
| 10 | | *Brothman, Edith Brothman, Stacy Sean*<br>*Fowler, and Edmund C. King* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: May 8, 2024          */s/ Paul S. Jasper*
                            Paul S. Jasper, Bar No. 200138

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024      _____
                             Hon. P. Casey Pitts
                             United States District Judge