PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-06216-PCP<br><br>**PLAINTIFF'S STIPULATED ADMINISTRATIVE MOTION FOR CASE MANAGEMENT CONFERENCE BY ZOOM TELECONFERENCE & [PROPOSED] ORDER**<br><br>Date:         June 13, 2024<br>Time:        1:00 p.m.<br>Courtroom: 8<br>Judge:       P. Casey Pitts<br><br>Complaint Filed: December 1, 2023<br>Trial Date:  None |

1    Pursuant to Civil Local Rule 7-11, Plaintiff Jeremy Rosenthal, as Liquidation Trustee of the
2  WHC Liquidation Trust ("Plaintiff"), hereby files this Stipulated Administrative Motion for Case
3  Management Conference by Zoom Teleconference. The parties request that this Court permit Paul
4  S. Jasper, counsel for Plaintiff, and Tad A. Devlin and Marcus M. Dong, counsel for Defendants
5  Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management
6  LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King ("Defendants"),
7  to appear remotely at the June 13, 2024 Case Management Conference. The parties make this
8  request to reduce the travel costs associated with attending in person.

10   Dated:  May 8, 2024                              **PERKINS COIE LLP**

12                                                    By:  */s/ Paul S. Jasper*
                                                         Paul S. Jasper, Bar No. 200138
13                                                       PJasper@perkinscoie.com
                                                         505 Howard Street, Suite 1000
14                                                       San Francisco, CA 94105
                                                         Telephone:    415.344.7000
15
                                                         *Counsel to Plaintiff*
16                                                       *Jeremy Rosenthal, as Liquidation*
                                                         *Trustee of the WHC Liquidation Trust*

| | | |
|---|---|---|
| Dated: May 8, 2024 | | **KAUFMAN DOLOWICH, LLP** |

By: */s/ Tad A. Devlin*
Tad A. Devlin, Bar No. 190355
tdevlin@kaufmandolowich.com
Marcus M. Dong, Bar No. 251723
mdong@kaufmandolowich.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:   415.926.7600

*Counsel to Defendants
Halsen Holdings, LLC, South Texas
Associates & Resources, Peninsula
Healthcare Management, LLC, Daniel
Brothman, Edith Brothman, Stacy Sean
Fowler, and Edmund C. King*

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: May 8, 2024                         */s/ Paul S. Jasper*
                                            Paul S. Jasper, Bar No. 200138

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 10   , 2024
                                            Hon. P. Casey Pitts
                                            United States District Judge