PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-06216-PCP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER**<br><br>Date:        June 13, 2024<br>Time:        1:00 p.m.<br>Courtroom:   8<br>Judge:       P. Casey Pitts<br><br>Complaint Filed: December 1, 2023<br>Trial Date: None |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jeremy Rosenthal, as Liquidation Trustee of the WHC Liquidation Trust ("Plaintiff") and Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King ("Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on December 4, 2024, this Court entered an Initial Scheduling Order (Dkt. 5), scheduling the Initial Case Management Conference ("CMC") for March 5, 2024;

WHEREAS, the date of the CMC was reset by the Court for March 14 following reassignment (Dkt. 14);

WHEREAS, on February 5, 2024, the Court granted, as modified, the Parties' joint request for extension of case management deadlines, setting the CMC to May 16, 2024 (Dkt. 16);

WHEREAS, on May 7, 2024, the clerk continued the CMC to June 13, 2024 (Dkt. 27);

WHEREAS, there have been no other time modification requests in this case;

WHEREAS, the Parties have since scheduled a mediation with Bruce Friedman on August 28, 2024;

WHEREAS, in light of the Parties' scheduled mediation date, the Parties jointly request that the Court continue the CMC to September 5, 2024 or the next available date on the Court's calendar;

WHEREAS, the modifications requested would continue the scheduling for the case to after a mediation has occurred, to allow the Parties to focus on mediation and to conserve the time and resources of the Parties and the Court;

WHEREAS, in the event one of the Parties cancels the mediation, the Parties shall seek a Court Order to advance the date of the CMC;

WHEREAS, Plaintiff has filed a Declaration in support of this Stipulation as required under Local Rule 6-2(a).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: June 10, 2024 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Paul S. Jasper* |
| 4 | | Paul S. Jasper, Bar No. 200138<br>PJasper@perkinscoie.com |
| 5 | | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone:   415.344.7000 |
| 6 | | |
| 7 | | *Counsel to Plaintiff*<br>*Jeremy Rosenthal, as Liquidation*<br>*Trustee of the WHC Liquidation Trust* |
| 8 | | |
| 9 | Dated: June 10, 2024 | **KAUFMAN DOLOWICH, LLP** |
| 10 | | |
| 11 | | By: */s/ Tad A. Devlin* |
| 12 | | Tad A. Devlin, Bar No. 190355<br>tdevlin@kaufmandolowich.com |
| 13 | | Marcus M. Dong, Bar No. 251723<br>mdong@kaufmandolowich.com |
| 14 | | 425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone:   415.926.7600 |
| 15 | | |
| 16 | | *Counsel to Defendants*<br>*Halsen Holdings, LLC, South Texas* |
| 17 | | *Associates & Resources, Peninsula*<br>*Healthcare Management, LLC, Daniel* |
| 18 | | *Brothman, Edith Brothman, Stacy Sean*<br>*Fowler, and Edmund C. King* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: June 10, 2024

*/s/ Paul S. Jasper*
Paul S. Jasper, Bar No. 200138

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

Hon. P. Casey Pitts
United States District Judge