1  PERKINS COIE LLP
   Paul S. Jasper, Bar No. 200138
2  Amir Gamliel, Bar No. 268121
   Angie Young Kim, Bar No. 270503
3  505 Howard Street, Suite 1000
   San Francisco, CA 94105
4  Telephone: 415.344.7000
   Email: PJasper@perkinscoie.com
5  Email: AGamliel@perkinscoie.com
   Email: AngieKim@perkinscoie.com
6
   Andrew H. Sherman (admitted pro hac vice)
7  Boris I. Mankovestskiy (admitted pro hac vice)
   SILLS CUMMIS & GROSS P.C.
8  One Riverfront Plaza
   Newark, New Jersey 07102
9  Telephone: 973.643.7000
   Email: ASherman@sillscummis.com
10 Email: BMankovetskiy@sillscummis.com

11 *Co-Counsel to the WHC Liquidation Trust*

12

13                 **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15                        **SAN JOSE DIVISION**

16 JEREMY ROSENTHAL, AS LIQUIDATION          Case No. 5:23-cv-06216-PCP
   TRUSTEE OF THE WHC LIQUIDATION
17 TRUST,                                     **PLAINTIFF'S STIPULATED**
                                              **ADMINISTRATIVE MOTION FOR CASE**
18              Plaintiff,                     **MANAGEMENT CONFERENCE BY**
                                              **ZOOM TELECONFERENCE &**
19       v.                                   **[PROPOSED] ORDER**

20 HALSEN HOLDINGS, LLC, a California         Date:        September 5, 2024
   limited liability company; SOUTH TEXAS     Time:        1:00 p.m.
21 ASSOCIATES & RESOURCES, a California       Courtroom:   8
   corporation; PENINSULA HEALTHCARE         Judge:       P. Casey Pitts
22 MANAGEMENT LLC, a Nevada limited
   liability company; DANIEL BROTHMAN, an    Complaint Filed: December 1, 2023
23 individual; EDITH BROTHMAN, an             Trial Date:  None
   individual; STACY SEAN FOWLER, an
24 individual; EDMUND C. KING, an
   individual; and DOES 1 through 100,
25 inclusive,

26              Defendants.

27

28

1     Pursuant to Civil Local Rule 7-11, Plaintiff Jeremy Rosenthal, as Liquidation Trustee of the

2     WHC Liquidation Trust ("Plaintiff"), hereby files this Stipulated Administrative Motion for Case

3     Management Conference by Zoom Teleconference. The parties request that this Court permit Paul

4     S. Jasper, Angie Kim, and Amir Gamliel, counsel for Plaintiff, and Tad A. Devlin and Marcus M.

5     Dong, counsel for Defendants Halsen Holdings, LLC, South Texas Associates & Resources,

6     Peninsula Healthcare Management LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler,

7     and Edmund C. King ("Defendants"), to appear remotely at the September 5, 2024 Case

8     Management Conference. The parties make this request to reduce the travel costs associated with

9     attending in person.

10

11    Dated:  June 27, 2024                          **PERKINS COIE LLP**

12

13                                                   By: */s/ Paul S. Jasper*
                                                     Paul S. Jasper, Bar No. 200138
14                                                   PJasper@perkinscoie.com
                                                     505 Howard Street, Suite 1000
15                                                   San Francisco, CA 94105
                                                     Telephone:     415.344.7000
16
                                                     *Counsel to Plaintiff*
17                                                   *Jeremy Rosenthal, as Liquidation*
                                                     *Trustee of the WHC Liquidation Trust*
18

19

20

21

22

23

24

25

26

27

28

1    Dated:  June 27, 2024                              **KAUFMAN DOLOWICH, LLP**

2

3                                                By: */s/ Tad A. Devlin*
                                                     Tad A. Devlin, Bar No. 190355
4                                                    tdevlin@kaufmandolowich.com
                                                     Marcus M. Dong, Bar No. 251723
5                                                    mdong@kaufmandolowich.com
                                                     425 California Street, Suite 2100
6                                                    San Francisco, CA 94104
                                                     Telephone:     415.926.7600
7
                                                     *Counsel to Defendants*
8                                                    *Halsen Holdings, LLC, South Texas*
                                                     *Associates & Resources, Peninsula*
9                                                    *Healthcare Management, LLC, Daniel*
                                                     *Brothman, Edith Brothman, Stacy Sean*
10                                                   *Fowler, and Edmund C. King*

11

12                      **Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

13        I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained

14   from any other signatory to this document.

15

16   Dated: June 27, 2024                        */s/ Paul S. Jasper*
                                                     Paul S. Jasper, Bar No. 200138
17

18

19        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   Dated: _____, 2024              _____

22                                                Hon. P. Casey Pitts
                                                  United States District Judge
23

24

25

26

27

28