PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-06216-EKL<br><br>**DECLARATION OF PAUL S. JASPER IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT DEADLINE**<br><br>Courtroom: 7<br>Judge:  Eumi K. Lee<br><br>Complaint Filed: December 1, 2023<br>Trial Date:  None |

I, Paul S. Jasper, declare:

1. I am an attorney for Perkins Coie LLP, counsel for Plaintiff Jeremy Rosenthal, in his capacity as the Liquidation Trustee of the WHC Liquidation Trust and representative of the bankruptcy estates of Watsonville Hospital Corporation ("WHC") and certain of its affiliates (collectively with WHC, the "Debtors").

2. On December 4, 2023, this Court entered an Initial Scheduling Order (Dkt. 5), scheduling the Initial Case Management Conference ("CMC") for March 5, 2024.

3. On January 18, 2024, the clerk reset the date of the CMC for March 14, 2024 following reassignment (Dkt. 14).

4. On February 5, 2024, the Court granted, as modified, the joint request by Plaintiff and Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King ("Defendants") (collectively, the "Parties") for extension of case management deadlines, setting the CMC to May 16, 2024 (Dkt. 16).

5. On May 7, 2024, the clerk continued the CMC to June 13, 2024 (Dkt. 27).

6. On June 11, 2024, the Court granted a stipulation to continue the Case Management Conference to September 5, 2024 (Dkt. 33).

7. On August 20, 2024, this Court reassigned this case to the Honorable Eumi K. Lee, reset the deadline for the Parties to file their Joint Case Management Conference Statement from August 22, 2024 to September 16, 2024, and vacated the Initial Case Management Conference ("CMC") set for September 5, 2024 (Dkt. 37);

8. There here have been no other time modification requests in this case;

9. The Parties engaged in a mediation on August 28, 2024 and reached a settlement in principle subject to documentation and obtaining approval of the proposed settlement by either (a) the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") in Case No. 21-51477 (jointly administered) or (b) the Oversight Committee appointed pursuant to the plan of liquidation confirmed in the Debtors' chapter 11 bankruptcy cases; and

10. The Parties request an extension of the Joint Case Management Conference Statement deadline until October 16, 2024 in order to finalize the settlement and to conserve the time and resources of the Court and the Parties.

11. The requested time modification would not have any effect on the schedule for the case because the Court: (1) vacated all pretrial conference and trial dates before December 4, 2024 (Dkt. 37); and (2) ordered that and all pretrial conference and trial dates after December 4, 2024 will remain in place (Dkt. 37) and no pretrial conference or trial dates have been set after December 4, 2024.

12. The Court has not stated that no further extensions will be granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on September 6, 2024, in San Francisco, California.

Dated: September 6, 2024

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*
    Paul S. Jasper, Bar No. 200138
    PJasper@perkinscoie.com
    505 Howard Street, Suite 1000
    San Francisco, CA 94105
    Telephone:   415.344.7000

*Counsel to Plaintiff*
*Jeremy Rosenthal, as Liquidation*
*Trustee of the WHC Liquidation Trust*