PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-06216-EKL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT DEADLINE & [PROPOSED] ORDER**<br><br>FOURTH REQUEST FOR EXTENSION<br><br>Courtroom:   7<br>Judge:         Eumi K. Lee<br><br>Complaint Filed: December 1, 2023<br>Trial Date: None |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jeremy Rosenthal ("Plaintiff"), in his |
| 2 | capacity as the Liquidation Trustee of the WHC Liquidation Trust and representative of the |
| 3 | bankruptcy estates of Watsonville Hospital Corporation ("WHC") and certain of its affiliates |
| 4 | (collectively with WHC, the "Debtors") and Defendants Halsen Holdings, LLC, South Texas |
| 5 | Associates & Resources, Peninsula Healthcare Management LLC, Daniel Brothman, Edith |
| 6 | Brothman, Stacy Sean Fowler, and Edmund C. King ("Defendants") (collectively, the "Parties") |
| 7 | hereby stipulate and agree as follows: |
| 8 | WHEREAS, on August 20, 2024, this Court reassigned this case to the Honorable Eumi K. |
| 9 | Lee, reset the deadline for the Parties to file their Joint Case Management Conference Statement |
| 10 | from August 22, 2024 to September 16, 2024, and vacated the Initial Case Management Conference |
| 11 | ("CMC") set for September 5, 2024 (Dkt. 37); |
| 12 | WHEREAS, the Parties engaged in a mediation on August 28, 2024 and reached a |
| 13 | settlement in principle subject to documentation and obtaining approval of the proposed settlement |
| 14 | by either (a) the United States Bankruptcy Court for the Northern District of California in Case |
| 15 | No. 21-51477 (jointly administered) ("Bankruptcy Court") or (b) the Oversight Committee |
| 16 | appointed pursuant to the plan of liquidation confirmed in the Debtors' chapter 11 bankruptcy |
| 17 | cases; |
| 18 | WHEREAS, on October 15, 2024, the Parties entered into a binding settlement agreement |
| 19 | which requires, as a condition to going effective, that its terms be approved by the Bankruptcy |
| 20 | Court or the Oversight Committee; |
| 21 | WHEREAS, the Parties request an extension of the Joint Case Management Conference |
| 22 | Statement deadline until November 18, 2024 to provide the Parties with additional time required to |
| 23 | seek approval of the settlement agreement from the Bankruptcy Court or Oversight Committee and |
| 24 | to conserve the time and resources of the Court and the Parties; |
| 25 | WHEREAS, on December 4, 2024, this Court entered an Initial Scheduling Order (Dkt. 5), |
| 26 | scheduling the Initial CMC for March 5, 2024; |
| 27 | WHEREAS, on January 18, 2024, the clerk reset the date of the CMC for March 14, 2024 |
| 28 | following reassignment (Dkt. 14); |

1  WHEREAS, on February 5, 2024, the Court granted, as modified, the Parties' joint request for extension of case management deadlines, setting the CMC to May 16, 2024 (Dkt. 16);

3  WHEREAS, on May 7, 2024, the clerk continued the CMC to June 13, 2024 (Dkt. 27);

4  WHEREAS, on June 11, 2024, the Court granted a stipulation to continue the Case Management Conference to September 5, 2024 (Dkt. 33);

6  WHEREAS, on September 16, 2024, the Court granted a stipulation to continue the Case Management Conference Statement deadline until October 16, 2024 (Dkt. 39);

8  WHEREAS, there have been no other time modification requests in this case;

9  WHEREAS, the requested time modification would not have any effect on the schedule for the case because the Court: (1) vacated all pretrial conference and trial dates before December 4, 2024 (Dkt. 37); and (2) ordered that all pretrial conference and trial dates after December 4, 2024 will remain in place (Dkt. 37) and no pretrial conference or trial dates have been set after December 4, 2024;

14  WHEREAS, the Court has not stated that no further extensions will be granted;

15  WHEREAS, Plaintiff has filed a Declaration in support of this Stipulation as required under Local Rule 6-2(a).

**IT IS SO STIPULATED.**

Dated:  October 16, 2024                    **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*
Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:    415.344.7000

*Counsel to Plaintiff*
*Jeremy Rosenthal, as Liquidation*
*Trustee of the WHC Liquidation Trust*

| | |
|---|---|
| Dated: October 16, 2024 | **KAUFMAN DOLOWICH, LLP**<br><br>By: */s/ Tad A. Devlin*<br>Tad A. Devlin, Bar No. 190355<br>tdevlin@kaufmandolowich.com<br>Marcus M. Dong, Bar No. 251723<br>mdong@kaufmandolowich.com<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone:   415.926.7600<br><br>*Counsel to Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management, LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

| | |
|---|---|
| Dated: October 16, 2024 | */s/ Paul S. Jasper*<br>Paul S. Jasper, Bar No. 200138 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Dated: _____, 2024 | _____<br>Hon. Eumi K. Lee<br>United States District Judge |