PERKINS COIE LLP
Paul S. Jasper, Bar No. 200138
Amir Gamliel, Bar No. 268121
Angie Young Kim, Bar No. 270503
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Email: PJasper@perkinscoie.com
Email: AGamliel@perkinscoie.com
Email: AngieKim@perkinscoie.com

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovestskiy (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Email: ASherman@sillscummis.com
Email: BMankovetskiy@sillscummis.com

*Co-Counsel to the WHC Liquidation Trust*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JEREMY ROSENTHAL, AS LIQUIDATION TRUSTEE OF THE WHC LIQUIDATION TRUST,

Plaintiff,

v.

HALSEN HOLDINGS, LLC, a California limited liability company; SOUTH TEXAS ASSOCIATES & RESOURCES, a California corporation; PENINSULA HEALTHCARE MANAGEMENT LLC, a Nevada limited liability company; DANIEL BROTHMAN, an individual; EDITH BROTHMAN, an individual; STACY SEAN FOWLER, an individual; EDMUND C. KING, an individual; and DOES 1 through 100, inclusive,

Defendants.

Case No. 5:23-cv-06216-EKL

**STIPULATION FOR DISMISSAL & [PROPOSED] ORDER**

Courtroom: 7
Judge: Eumi K. Lee

Complaint Filed: December 1, 2023
Trial Date: None

Plaintiff Jeremy Rosenthal, in his capacity as the Liquidation Trustee of the WHC Liquidation Trust and representative of the bankruptcy estates of Watsonville Hospital Corporation and certain of its affiliates and Defendants Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King hereby jointly stipulate under FRCP 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 12, 2024

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000

*Counsel to Plaintiff*
*Jeremy Rosenthal, as Liquidation Trustee of the WHC Liquidation Trust*

Dated: November 12, 2024

**KAUFMAN DOLOWICH, LLP**

By: */s/ Tad A. Devlin*

Tad A. Devlin, Bar No. 190355
tdevlin@kaufmandolowich.com
Marcus M. Dong, Bar No. 251723
mdong@kaufmandolowich.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.926.7600

*Counsel to Defendants*
*Halsen Holdings, LLC, South Texas Associates & Resources, Peninsula Healthcare Management, LLC, Daniel Brothman, Edith Brothman, Stacy Sean Fowler, and Edmund C. King*

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

I, Paul S. Jasper, attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: November 12, 2024

*/s/ Paul S. Jasper*
Paul S. Jasper, Bar No. 200138

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________, 2024

________________________________
Hon. Eumi K. Lee
United States District Judge